**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

REGENERATIVE MEDICINE
INTERNATIONAL, LLC,

    Debtor.

Chapter 7

Case No.: 8:19-bk-08646

## NOTICE OF COMPLIANCE

Attorneys Cody J. Jess and Nathan A. Carney file this Notice of Compliance with the Court's Order Granting Motion to Appear *Pro Hac Vice* and Directing Payment to the United States District Court dated April 13, 2020 (Document #16) (the "Order"). The Special Admission Fee of $150.00 was paid to the United States District Court for the Middle District of Florida in accordance with the Order.

Dated: April 23, 2020

                                                          */s/ Cody J. Jess*
                                                          CODY J. JESS, ESQ
                                                          MOYES SELLERS & HENDRICKS LTD.
                                                          Arizona Bar No. 025066
                                                          1850 N. Central Ave., Suite 1100
                                                         Phoenix, Arizona 85004
                                                         Tel: (602) 604-2194; Fax: (602) 274-9135
                                                         Email: cjess@law-msh.com

                                                         and

                                                         NATHAN A. CARNEY, ESQ
                                                         CARNEY LAW FIRM, P.A.
                                                         Florida Bar No. 0487491
                                                         400 N. Ashley Drive, Suite 2600
                                                         Tampa, Florida 33602
                                                         Tel: (813) 712-8776; Fax: (813) 712-8780
                                                         Email: ncarney@carneylawfirm.com
                                                         Attorneys for Gerald Beougher

2

Filer's Attestation: Pursuant to Local Rule 1001-2(e)(3) regarding signatures, Nathan A. Carney attests that concurrence in the filing of this paper has been obtained.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2020, a true and correct copy of the foregoing document has been served through the CM/ECF system to all registered CM/ECF recipients.

*/s/ Nathan A. Carney*
Attorney