ORDERED.

Dated: March 25, 2021

_____
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:19-08646-MGW |
| | Chapter 7 |
| REGENERATIVE MEDICINE INTERNATIONAL, LLC, | |
| Debtor. | |
| _____/ | |

### ORDER GRANTING JOINT MOTION FOR SUBSTITUTION OF COUNSEL FOR MARISSA HARRELL

THIS CASE came before the Court on the *Joint Motion for Substitution of Counsel for Marissa Harrell* (Doc. No. 45) (the "**Motion**"). The Court having reviewed the Motion, and being otherwise fully advised in the premises, finds that the Motion should be granted. Accordingly, it is

**ORDERED**:

1. The Motion (Doc. No. 45) is **GRANTED**.

2. Daniel R. Fogarty and the law firm of Stichter, Riedel, Blain & Postler, P.A. is substituted for Stephen O. Cole, Esquire and the law firm of Macfarlane Ferguson & McMullen, P.A., as counsel of record for Marissa Harrell.

3. Stephen O. Cole and the law firm of Macfarlane Ferguson & McMullen, P.A. is relieved from all further obligations in this case.

4. All future correspondence, pleadings, notices, and other court filings should be directed to:

> Daniel R. Fogarty
> Stichter, Riedel, Blain & Postler, P.A.
> 110 Madison Street, Suite 200
> Tampa, Florida 33602
> Telephone:    (813) 229-0144
> Fax:              (813) 229-1811
> Email:  dfogarty@srbp.com

*Attorney Daniel R. Fogarty is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.*