**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re:<br><br>REGENERATIVE MEDICINE INTERNATIONAL, LLC,<br><br>    Debtor. | Case No.: 8:19-bk-08646<br><br>Chapter 7 |
| GERALD BEOUGHER,<br><br>    Movant,<br><br>vs.<br><br>REGENERATIVE MEDICINE INTERNATIONAL, LLC,<br><br>    Respondent. | |

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at United States Bankruptcy Court, Middle District of Florida, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Ste. 555, Tampa, FL 33602 within **21 days** from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

00294239

## AMENDED STIPULATED MOTION FOR
## <u>RELIEF FROM AUTOMATIC STAY</u>

Creditor Gerald Beougher ("Beougher") and Chapter 7 Trustee Douglas N. Menchise (the "Trustee" and with Beougher, the "Parties"), hereby enter into this Stipulation for Relief from the Automatic Stay (the "Stipulation") with respect to certain litigation pending before the Superior Court of Arizona, Maricopa County, Case No. CV2019-008242 (the "State Court Litigation").

### RECITALS

A. On June 12, 2019, Beougher filed his complaint against Debtor Regenerative Medicine International, LLC (the "Debtor") thereby initiating the State Court Litigation.

B. On September 12, 2019, the Debtor filed its voluntary Chapter 7 bankruptcy petition (the "Petition").

C. Upon filing the Petition, pursuant to 11 U.S.C. § 362(a), Beougher's claims against the Debtor in the State Court Litigation were automatically stayed.

D. On September 20, 2019, the court in the State Court Litigation entered an order staying the State Court Litigation in its entirety and setting the State Court Litigation for dismissal on March 10, 2020.[1]

E. Pursuant to 11 U.S.C. § 323, the Trustee is the legal representative of the Debtor's estate.

F. The Trustee and Beougher agree to lift the automatic stay as to Beougher to allow Beougher to proceed with his claims in the State Court Litigation as set forth herein.

G. The Parties are requesting entry of an order lifting the automatic stay applicable to the Debtor and any non-debtor entities in favor of Beougher for all purposes.

### STIPULATION

The Parties hereby stipulate as follows:

1. The automatic stay of 11 U.S.C. § 362(a) and all other bankruptcy stays and injunctions are hereby terminated for all purposes.

2. The Court should waives the 14-day stay provisions of Federal Rule of Bankruptcy

---

[1] Since September 20, 2019, the State Court Litigation has been continued on the Court's dismissal calendar several times, ultimately setting September 13, 2021 as the dismissal date.

00294239          2

Procedure 4001(a)(3).

3. This Stipulation shall be binding upon the Parties hereto, their successors, and assigns.

4. The United States Bankruptcy Court for the Middle District of Florida shall retain jurisdiction to resolve all disputes concerning the interpretation and enforcement of this Stipulation.

Dated: September 13, 2021.

/s/ Cody J. Jess, Ariz. Bar. No. 025066
CODY J. JESS, ESQ *(admitted pro hac vice)*
MOYES SELLERS & HENDRICKS LTD.
Arizona Bar No. 025066
1850 N. Central Ave., Suite 1100
Phoenix, Arizona 85004
Tel: (602) 604-2194; Fax: (602) 274-9135
Email: cjess@law-msh.com
Attorneys for Creditor Gerald Beougher

/s/ Douglas N. Menchise
DOUGLAS N. MENCHISE, ESQ
Douglas N. Menchise P.A.
Florida Bar No. 33759
Post Office Box 14957
Clearwater, Florida 33766
Tel: (727) 797-8384
Email: dmenchise@verizon.net
Chapter 7 Trustee

*Filer's Attestation:*

**Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Cody J. Jess attests that concurrence in the filing of this paper has been obtained.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13, 2021, a true and correct copy of the foregoing document has been served through the CM/ECF system to all registered CM/ECF recipients.

I FURTHER CERTIFY that on September 13, 2021, a true and correct copy of the foregoing document has been served by First Class Mail, postage prepaid, on all parties listed on the Debtor's Mailing Matrix on file with the Court, a copy of which is attached hereto.

                                                    */s/ Cody J. Jess*
                                                    Attorney

```
Label Matrix for local noticing          Regenerative Medicine International, LLC   Cosmetic Medicine Enterprise
113A-8                                   34156 US Highway 19 N                      34156 US Highway 19 N
Case 8:19-bk-08646-MGW                   Palm Harbor, FL 34684-2145                 Palm Harbor, FL 34684-2145
Middle District of Florida
Tampa
Thu Sep  9 13:17:37 EDT 2021

Florida Dept Revenue                     Gerald Beougher                            Internal Revenue Service
PO Box 6668                              17754 E Woolsey Way                        P.O. Box 7346
Tallahassee, FL 32314-6668               Rio Verde, AZ 85263-5350                   Philadelphia, PA 19101-7346


Pinellas County Tax Collecto             Shayna H Balch, Esq                        United States Trustee - TPA7/13
P.O. Box 6288                            Fisher and Phillips                        Timberlake Annex, Suite 1200
Clearwater, FL 33758-6288                3200 N Central Ave #805                    501 E Polk Street
                                         Phoenix, AZ 85012-2407                     Tampa, FL 33602-3949


Douglas N Menchise                       Gerald Beougher                            Marissa Harrell
Douglas N. Menchise P.A.                 Carney Law Firm, P.A.                      c/o Daniel R. Fogarty
PO Box 14957                             c/o Nathan A. Carney, Esq.                 Stichter, Riedel Blain & Postler, P.A.
Clearwater, FL 33766-4957                400 N. Ashley Dr.                          110 Madison Street
                                         Suite 2600                                 Suite 200
                                         Tampa, FL 33602-4310                       Tampa, FL 33602-4718

Michael C Markham                        End of Label Matrix
Johnson Pope Bokor Ruppel & Burns LLP    Mailable recipients    12
401 East Jackson Street, Suite 3100      Bypassed recipients     0
Tampa, FL 33602-5228                     Total                  12
```