ORDERED.

Dated: October 27, 2021

Michael G. Williamson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY
COURT MIDDLE DISTRICT OF
FLORIDA TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 8:19-bk-08646-MGW |
| REGENERATIVE MEDICINE INTERNATIONAL, LLC, | Chapter 7 |
| Debtor. | |
| GERALD BEOUGHER, | |
| Movant, | |
| vs. | |
| REGENERATIVE MEDICINE INTERNATIONAL, LLC, | |
| Respondent. | |

**ORDER APPROVING STIPULATION
FOR RELIEF FROM AUTOMATIC STAY**

THIS PROCEEDING came for consideration before the Court to considered the Amended Stipulation (the "Stipulation") [Dkt. No. 77] of Creditor Gerald Beougher ("Beougher") and Chapter 7 Trustee Douglas N. Menchise (the "Trustee" and with Beougher, the "Parties"); the Stipulation was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 21 days of the date of service; a hearing to consider the Stipulation and the limited objection to the Stipulation filed by Marissa Harrell and Cosmetic Medicine Enterprises, Inc. (the "Harrell Objection")

00293784 4

[Dkt. No. 79] having been held on October 25, 2021 whereby the Court granted the Stipulation and overruled the Harrell Objection; and for good cause appearing under the circumstances,

Accordingly, it is **ORDERED** as follows:

1. The Harrell Objection is overruled.

2. The Stipulation is granted in its entirety.

3. The automatic stay of 11 U.S.C. § 362(a) and all other bankruptcy stays and injunctions are hereby terminated for all purposes.

4. The Court hereby waives the 14-day stay provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3).

5. The Stipulation shall be binding upon the Parties hereto, their successors, and assigns.

6. The United States Bankruptcy Court for the Middle District of Florida shall retain jurisdiction to resolve all disputes concerning the interpretation and enforcement of the Stipulation.

7. Attorney Cody Jess is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three day of entry of this order.